IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, | No. C 06-03576 WHA |
| Plaintiff, | |
| v. | **ORDER CORRECTING ADR DEADLINE** |
| BIDDEFORD CO. et al, | |
| Defendants. / | |

The ADR deadline in this action is February 28, 2007.

**IT IS SO ORDERED.**

Dated: August 29, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE