IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE,<br><br>    Plaintiff,<br><br>  v.<br><br>BIDDEFORD CO., KMART CORPORATION,<br><br>    Defendants.<br>_____/ | No. C 06-03576 WHA<br><br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for forty-five days. Counsel shall please attend the case management conference set for **SEPTEMBER 14, 2006, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: September 13, 2006.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE