IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIRE INSURANCE EXCHANGE,

    Plaintiff,

  v.

BIDDEFORD CO., KMART CORPORATION,

    Defendants.
                                        /

No. C 06-03576 WHA

**REMAND ORDER**

    Based on the stipulation of all parties who have appeared in this action, this case must be **REMANDED** to the Superior Court for Lake County.

    **IT IS SO ORDERED.**

Dated: September 14, 2006.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California